Raffi Kassabian (SBN 260358)
rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Synchrony Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carrie Hicks, | Case No. 3:16-CV-06363-WHA |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| Experian Information Solutions, Inc.; Equifax, Inc.; JPMorgan Chase Bank; Synchrony Bank and DOES 1 through 100 inclusive, | |
| Defendants. | |

     Plaintiff Carrie Hicks ("Plaintiff") and Defendant Synchrony Bank ("Synchrony"), pursuant to Local Rule 6-1, hereby stipulate that Synchrony has an extension of time, until January 5, 2017, to respond to Plaintiff's Complaint.  Plaintiff and Synchrony further stipulate that if Synchrony files a Motion to Dismiss Plaintiff's Complaint, Plaintiff has an additional fourteen days, beyond the standard response time, to file a response to that Motion to Dismiss.

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December _23_2016

_____
Hon. William Alsup

REED SMITH LLP
A limited liability partnership formed in the State of Delaware