# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CARRIE HICKS

Plaintiff(s),

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.

Defendant(s).

Case No: 3:16-cv-06363-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew Soukup, an active member in good standing of the bar of the D.C. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: JPMorgan Chase Bank in the above-entitled action. My local co-counsel in this case is Megan L. Rodgers, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 850 Tenth Street, NW<br>Washington, DC 20001 | 333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 662-5066 | (650) 632-4734 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| asoukup@cov.com | mrodgers@cov.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 995101.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/28/16

Andrew Soukup
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Andrew Soukup is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 18, 2017.

UNITED STATES DISTRICT/MAGISTRATE JUDGE