IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARRIE HICKS,

    Plaintiff,

v.

CHASE BANK, USA, N.A.; EQUIFAX, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; SYNCHRONY BANK,

    Defendants.

No. C 16-06363 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Chase Bank, USA, N.A.; Equifax, Inc.; Experian Information Solutions, Inc.; and Synchrony Bank and against Carrie Hicks. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 13, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE